# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0090. IN RE C. R. R.**

Pursuant to Court of Appeals Rule 16 (a) and 40 (b), Appellant Emily Rogers's motion for extension of time to file notice of appeal is hereby granted. She shall have until May 7, 2025, to file a notice of appeal in the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/07/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*